# **EXHIBIT A**

## Letters of Support

1.  Elsner, Frances

2.  Bohn, Anne-Marie

3.  Bernardoni, Brian

4.  Bohn, Jennifer

5.  Gorczyca-Byczek, Monika

6.  Nations, Brandie

7.  O'Neal, Jr., Ronald

8.  Ratkovich, Yasmine

9.  Saipovski, Sabrina

10. Schauer, Brooke

11. Sommers, Fred

Hon. Franklin U. Valderrama
United States District Court
Northern District of Illinois
219 S. Dearborn
Chicago, Illinois 60604

RE: Gary Bohn

Dear Judge Valderrama:

I am writing today to express my support for my only son, Gary Bohn.

Obviously, I have known my son my entire life. He was born prematurely, and it was a tough delivery bringing him into the world. At one point we had to find a priest to have him baptized at the hospital as they were not sure he would make it.

I was originally born myself in Brooklyn to a pair of immigrant parents who came over right after WWII. I have worked hard to try and instill in my son the same work ethic and values that my parents brought over. As I think of my son, if there was a single word to describe him, the word would be kind.

I remember even in his grade school years, his commitment to helping others. As a 6th grade child, he was given the opportunity to volunteer his time with the special needs children in his school and it always made him happy to have an impact with the other kids.

Later in life, Gary would come with me to volunteer to help feed the homeless people during holidays in our community. There was one Thanksgiving that was especially significant as I stood in line handing out trays of food watching Gary cleaning the tables. He encountered that day a young man that he seemed to recognize. After he left the table, I asked him about it and he told me that the person was someone we knew, by the name of Danny, whose grandfather lived next door to us at one time. They used to play together as children. I think this moment had a big impact on Gary as this person wasn't just homeless and hungry but also someone he knew. Since then, Gary has almost always been trying to help the less fortunate by dedicating time and money to various charitable groups.

On some level I blame myself for some of what has happened as the first work Gary witnessed Mark Diamond do was for myself as I had hired him to do some repairs. Gary had never interacted with Mark Diamond prior to that with respect to any home improvement deals to my knowledge. Diamond was hired to completely renovate an apartment building I owned including a new roof, a total rehab on one of the two-bedroom apartment units, and do some work in my own home. The total cost of the work was over $100,000 aroun 2006. The work was completed and passed the city inspection.

I am now older than Eleanor Roosevelt was when she passed away. It's hard getting old. I have fallen three times this last year, unable to get back up easily on my own. Gary bought me an apple watch and lives close to me so that I can call him if there are problems so that he can drive over to help me in these moments. We talk every day for usually about an hour a day, often longer. I don't know if he is calling me to make sure I am still alive or I haven't fallen somewhere or just to make sure that I have ate that day. He takes me to get my groceries, we do movies at home and in the theater together and most importantly, he takes me to get my hair done.

As a female, senior citizen, I am compassionate to the victims of this case. But I also know in the balance of life, Gary has done more good than bad, and he makes a big impact currently for myself and the other members of our family. Please take into consideration all the time that has passed since these events took place. Our family needs him and would sincerely ask for leniency to be granted so that he may continue to be here for myself and my Granddaughter.

Sincerely,
Frances Elsner

Hon. Franklin U. Valderrama
United States District Court
Northern District of Illinois
219 S. Dearborn
Chicago, Illinois 60604

RE: Gary Bohn

Dear Judge Valderrama:

I am writing today on behalf of my Dad, Gary Bohn, who has been nothing but a supporting and caring dad throughout my 22-year-old life span of knowing my father.

My dad has been a role model in teaching me how to be a good person and navigating being a young adult in this world. He has always been patient, kind, and understanding even with the difficult circumstances that I deal with at my mother's house. Often giving me a place to stay, taking time to talk to me, and spending time together getting a quick bite to eat and enjoying a walk or a late-night talk on the deck at night. My dad has even opened his doors to let me come to live with him when I am able to move out. I would like this to be possible at the end of 2025 as I just had to reduce the number of pets that I had as my dad said that he had an obligation to put me on the right path and too many pets would make it impossible for me to have choices in life. Other kids were not always so nice to me when I was younger due to my autism but animals always showed me love. Unfortunately, I accumulated too many when I was more obsessed with acceptance and have worked hard the last couple of years to reduce the amount to a more manageable number. Recently I had the last cat neutered so it would stop spraying but as it was older, it needed time to unlearn the habit of spraying, and I don't want it to spray my dad's home. My dad and I have had many discussions on the future on helping me get on track with being able to function in normal society and being able to live a normal adult life.

To give a little background on my living situation, my mom is very strict, often illogical to reason. You either belong to her church and follow her rules, or you are going to hell. Being in a situation where you're forced to give up open communication with your dad was her present to me as I turned 18 and if I refused I would be kicked out of my mom's has been my challenge since I turned 18 and even going as far as having my step sister write a text message on my phone, on behalf of my mom, telling my dad I will no longer be coming over or seeing him. It took a whole year to figure out how to communicate with my father again. I am at odds often with having to have permission to go do basic things like going to see my friends which is very restrictive on who I can and cannot hang out with. Also needing to be planned weeks and months in advance, being able to find a job has been nearly impossible with my mom's lack of willingness to let me out into the public and being required to ask permission to even go on walks. My opportunity to be able to learn how to drive here has also been a long battle and nothing is within walking distance from where I live as I live in the middle of nowhere isolated from most people. Living with my dad will be an opportunity for me to get my life on

track and be able to keep some of my beloved pets with me. To be able to see the people I would like to see in my life again who I care about deeply. Seeing my elderly grandmother has been almost impossible who I used to spend every Friday with. Living with my dad will open up new opportunities and possibilities to learn financial independence, people skills, and the steps I need to take to get to a better life and future for myself.

Over the years I have watched my dad attend and volunteer at church, help fundraise for charity, and help the poor. Most importantly he has always shown me how to treat other people as equals. The one quote my dad has instilled in me from when I was young. "Treat other people how you would like to be treated." My dad has helped in that way of putting good morals and a hard work ethic into me through my life in which I am very thankful for.

My dad has shown myself, my brother, and many other friends, family, and even strangers so much kindness, compassion, and love over the years. I hope this letter helps you in determining my dad's character. I know from personal experiences how much of an impact my dad has had on my life and how much more of an impact he will continue to have in my life. Please consider my dad as the amazing man he is today and not for the mistakes made in the past. I know my dad wants to do genuine, good in life and he proves it every day in the little and big ways he's been helping me, my grandma, and so many other people in the community. Thank you for considering my letter and taking my words into consideration.

Sincerely,

Anne-Marie Bohn

Hon. Franklin U. Valderrama
United States District Court
Northern District of Illinois
219 S. Dearborn
Chicago, Illinois 60604

Dear Judge Valderrama:

I write to express my personal support for leniency for Gary Bohn so he can continue to have an active role in the raising of his daughter and in the care of his mother.

Gary and I have known each other since 1998. As the former Executive Director of the University Village Association, I worked extensively with the National Italian American Sports Hall of Fame as it was developing its location on Taylor Street in Chicago. Gary was a board member and through that collaboration significant ideas on the table turned into the building that sits there today. I was struck by Gary's willingness to work with the community to achieve a common goal. Our careers progressed and over time we maintained frequent and social contact. He stood up in my wedding and was part of numerous family events. Over time I became a member of, and later Chairman of the Chicago Advisory Board of the Salvation Army. Gary took great interest in the Army and was later asked to be a member of our Board. His expertise in finance has greatly contributed to our efforts in these challenging times. He is a great asset to our team.

Leading an organization that's only true role is to be a fiduciary of the budget is not an easy job to have. The building of a civic financial oversight is critical to not only organization support but to the others we serve. Gary has stepped up everyday, with nuanced questions, erudite suggestions and the generous gift of his time. At the Salvation Army, and as the Chairman of the Advisory Board we ask for volunteers time, talent and treasure. Gary has given willing in all aspects of our need.

During my many years in volunteer leadership roles at the Army, I also served as the Senior Director of Governmental Affairs and Public Policy for the Chicago Association of REALTORS, I found Gary to be an accurate partner and excellent advisor when I had questions about transactional matters that were on the legislative table. His advice was dead-on and served his profession well.

Trust does not come easily for me. As a former reporter and later public affairs professional, I focus on the needs of those I represent with almost a zealot charge. I can't make mistakes. Over term, Gary has been there in everyday possible, from questions on MSA's and development costs, to resolving complex board matters and financial issues. Accurate information and reliable good counsel have helped many as a result.

Gary and I have a unique bond that started our relationship in that we are both Italian American and Filipino. Our recognition of that unusual shared bloodlines contributed to many discussions and dinners whereby my friends became his friends. Even in those circumstances Gary has stood out in helping others.

I respectfully request that you are lenient with Gary. He has found his faith through extraordinary help to the Army, and to those around us. His most important roles as a son and as a father cannot be filled by anyone but him, and he has so much left to do to serve them and others.

As a matter of protocol, while I cite my role in the Chicago Advisory Board of the Salvation Army, this letter is my personal opinion, and not that of the Army, shared with a truthful assessment of what I have seen, relied on and cherished since 1998.

Respectfully,

BAB

Brian A. Bernardoni

Honorable Franklin U. Valderrama

United States District Court

Northern District of Illinois

219 S. Dearborn

Chicago, Illinois 60604


Dear Judge Valderrama:


Please accept this letter of strong support for Gary Bohn, my brother. Although I have known Gary for 52 years, our relationship has strengthened tremendously over the past 15 years. Although we didn't grow up in the same home, Gary was always eager and committed to maintaining a familial bond. During adulthood, we had the opportunity to spend more time together and connect in a meaningful way. When my daughter was born in 2011, Gary stepped up as both an uncle and godfather.

What I know for sure is that Gary is a thoughtful and kind man who cares deeply for his family and community. He provides ongoing care for his aging mom and continues to actively parent his autistic adult daughter. Additionally, Gary serves on the Greater Chicago Area Salvation Army Board of Advisors, striving to provide guidance, support and advocacy for those in need. He inherently values interconnectedness and self-improvement. My brother is passionate about life and reflective in his personal development, striving to be the best man he can be.

When I married my husband, who is African American, there was zero hesitation or reluctance by Gary in welcoming my husband into the family. He is proud to call him his brother-in-law and has shared countless hours developing a genuine relationship with him. Gary has a natural inclusive spirit and this is also evident with his niece/goddaughter whom he adores. I treasure our time together as a family.

As you determine his sentence, please know the Gary I know is worthy of your grace and leniency. Thank you for your serious consideration.


Respectfully,

Jennifer Bohn

Hon. Franklin U. Valderrama
United States District Court
Northern District of Illinois
219 S. Dearborn
Chicago, Illinois 60604

RE: Gary Bohn

Dear Judge Valderrama:

I am writing this letter to express my support for my brother-in-law, Gary Bohn. I live near Jaslo, Poland. We met 15 years ago when he and my sister were married. Even though I know it is unusual for a prior in-law to write a letter of support in these cases, we formed a great bond and kinship which has outlasted the divorce. He proved to be a sincere, responsible, and balanced man. As my English is not my primary language, please excuse any errors in how this comes across but I feel it important for you to understand the good in Gary

He always treated us very kindly and well. We were not expecting such positivity and respect from an American. When Gary came the first time to Poland, it was with my sister as they were newly married. The last time was after their separation. Both my son, cousin and Mother all have also spent considerable time with him in the United States, staying at his home. In Poland we hosted him in our home and spent every day together. We had the opportunity to travel extensively as he loved learning about our heritage and especially sharing in our faith, praying and visiting many of the churches in our country and even in the last trip, we introduced him to even more of our friends, who also welcomed him positively. When my aunt and uncle found out about the divorce, they were heartbroken as Gary had also shown them kindness and respect.

We maintain frequent contact, sharing our daily experiences. He provided me with tremendous support during my husband's car accident. He came to visit us the last time while my husband was still recovering and his support was very much appreciated as it was a long trip here as we are not in a large city like Warsaw and far from the nearest airport. I remember with a laugh, long after the event when we were using our grill to make dinner when the grease caught fire. Gary's quick thinking in grabbing flour to stop the fire turned what could have been a major disaster into a very minor issue. When he was concerned about the situation in Ukraine and how it might spread to Poland, he offered to help us care for us. He showed a great willingness to help with my son's education, who just recently graduated from medical school and begins his internship this month, thanks to Gary's encouragement as Uncle and obviously my son's hard work. Gary also supported me during my illness. While he and my sister are no longer together, we all still look at him as brother, nephew and uncle.

Now, most recently, we are home in fear as Russian drones fly overhead in our country, and everyone here in Poland prepares for the possibility of war. We would like to very much come to the United States and stay with Gary for a time to have some peace for a change but can not do that if he is incarcerated obviously and would not feel comfortable staying with anyone else in the United States as the other relationships are not the same as we share with him. We do not know one day to the next what will happen but as more troop prepare and the United States sends more planes, you would not feel safe if you came here and were in our country at this time. We have already started to make arrangements to come in renewing our passports in hopes that you will be merciful.

I understand that some people were deeply harmed by his actions. I know he was under tremendous pressure to try and maintain a relationship with his daughter at great legal expense at the time but his actions at the time were not excusable. Please do not see him as someone based upon the actions of this one act but see him as someone that overall had worked hard to make the world a better place. What happened was also a very long time ago and as a family living half a world away, we would sincerely ask for leniency to be granted. Our world has been a better place with Gary in it, and I believe that he has learned from and been humbled by seeing the impact of what happened. I know the world is better with Gary as an active part of society and our family is better with the regular contact that we have shared.

Sincerely,
Monika Gorczyca-Byczek

**Brandie Nations**



Dear Judge Valderrama,

I am writing this letter in support of Gary Bohn.

I have known Gary for over 20 years, since I was 11 years old. At the time, I lived with my father's ex-wife, who Gary had his daughter, Anne-Marie, with. Although that relationship ended, Gary remained a consistent and deeply supportive figure in my life. He didn't have to take on that role but he chose to, and in doing so he has made a lasting impact.

As a child and teenager, I experienced a challenging and unstable home environment. During those years, Gary became someone I could rely on completely. He advocated for my mental health, my education, and my overall well-being. His support helped me transition into a healthier environment, and gave me the foundation I needed to become the adult I am today. I can say with complete honesty that I would not be the person or the mother I am now without him.

Gary has always been a devoted father to Anne-Marie. He ensured she had access to the resources and support she needed, and his advocacy and love throughout the years have helped shape the person she is today. His dedication to her growth and development has been unwavering.

Today, I am a proud mother of a 10-year-old son, and Gary continues to be a meaningful part of our lives. He shows up for school events, birthdays, and the everyday moments that truly matter. One of my most recent and cherished memories is a quiet morning at Gary's home, playing Nintendo Switch with him and my son, sharing breakfast, and simply enjoying each other's company. It was peaceful, joyful, and deeply meaningful. He is family to us, in every way that matters, and I am forever grateful for the role he plays in our lives.

Gary is someone who consistently helps others, whether it's friends who are struggling, members of my family, or anyone in need. He gives without asking for anything in return, simply because of who he is as a person, compassionate, dependable, and selfless. He has made a tremendous difference in my life and continues to do so for those around him.

I ask that you please consider who Gary is as a person today when determining his sentence.


Sincerely,
**Brandie Nations**

## RONALD D. O'NEAL, JR.
### Attorney at Law

███████████

Hon. Franklin U. Valderrama
United States District Court
Northern District of Illinois
219 South Dearborn
Chicago, Illinois 60604

Re: Gary T. Bohn (16CR00054)

Dear Judge Valderrama:

By way of this letter, I wish to express my support for Mr. Gary T. Bohn. I have practiced law for the past 28+ years, and I have previously served as a prosecutor in both Kane County State's Attorney's Office and the Territorial Attorney General's Office in the U.S. Virgin Islands. I have a deep appreciation and respect for the rule of law, and I am keenly aware of the serious nature of the charge for which this Honorable Court must now hold Mr. Bohn accountable. That said, having dealt with so many criminal cases and the people who have passed before me in my professional capacity, I believe my prior work has given me a good sense of the type of person who is amenable to rehabilitation without the need for incarceration. I am quite certain that Mr. Bohn is one of those people.

I have known Gary for 45+ years as a former classmate, friend, and in his service as a realtor for my mother. In those years, I have gained a good insight into Gary's character, personality, and ability to accept responsibility for his actions, as well as to comport with the Court's directives. I have spent a great deal of time with Mr. Bohn, both personally and in his professional capacity. I have found him to be hard-working, caring, and generous in his time and attention to friends, family, community, and clients. He has faced adversity in the past and has always worked hard to show good character and diligence in righting his wrongs and attending to his responsibilities. Over the years, I have personally witnessed his consistent devotion to the needs of his elderly mother and his special-needs daughter—he has steadfastly remained a vital part of their lives while working hard to meet his professional duties and remain active in his community.

Personally, Gary has always shown me and our mutual friends/acquaintances nothing but great loyalty to those friendships and exhibited nothing less than diligence and good character. Given what I have seen and learned in my lengthy legal career, I am confident in my assertion that Gary is worthy of any and all mercy, moderation, and "risk" this Honorable Court might consider giving in its decisions regarding his future. While I truly appreciate the seriousness of his current case, I have no reservations in, respectfully and humbly, requesting that your Honor please consider sparing Mr. Bohn from incarceration. I am aware that he needs to be accountable, and I also know that his accountability, the goals of justice, and the needs of the community can be met with something less than prison time. Gary's life, capacity to make amends, and ability to follow this Court's orders are

worthy of your Honor's leniency. Humbly, I request that you grant Mr. Bohn an opportunity to demonstrate what I know to be true—he is worthy of another chance. Thank you in advance for all your consideration.

Sincerely,

Ronald D. O'Neal Jr., Esq.

Hon. Franklin U. Valderrama
United States District Court
Northern District of Illinois
219 S. Dearborn
Chicago, Illinois 60604


Dear Your Honor,

I am writing in support of my closest friend and former colleague, Gary Bohn, whom I have had the privilege of knowing for over twenty years.

We first met while working in the mortgage business, where Gary was an account representative. I frequently used his services because of his dedication and the way he consistently worked hard for both my clients and me. Later, we worked together on the same team at GE/WMC, where Gary proved to be a top team player. He supported his co-workers and was highly valued by both the company and his teammates.

Over the years, Gary and I have formed a very close friendship. My entire family—siblings as well as my immediate family—know and care for Gary; he has truly become part of our family. He is invited to our family Christmas celebration every year, no matter who is hosting.

Gary's character is defined by integrity, reliability, and compassion. He is the type of person who keeps his word and follows through on every commitment. He treats people with respect and fairness, and he has a natural ability to bring out the best in those around him. He is generous with his time, often volunteering to help friends and neighbors without expecting anything in return. His calm demeanor and sound judgment make him someone others naturally turn to for advice and support.

I trust Gary completely with my children and in my home. On many occasions I have asked him to pick up my children from the bus stop and watch them until I got home. As someone who is extremely protective of my children, I would not extend this trust lightly. Gary has always been responsible and a positive influence. He has even cared for our family dog when we were away.

Gary is also a devoted and loving father. For years, he worked tirelessly to ensure he could spend meaningful time with his daughter every weekend. His commitment to his family, even in challenging times, speaks volumes about his sense of duty and love.

Gary has much to offer the world. He is insightful, kind, patient, and optimistic—qualities that make the world a better place. He is a person of strong moral character, someone who consistently demonstrates empathy and a desire to help others succeed.

With the utmost respect, I kindly ask Your Honor to consider Gary's long-standing record of good character and the positive impact he has had on those around him. I respectfully request that you show leniency in your judgment.

Thank you for your time and consideration.

Sincerely,
Yasmine Ratkovich

Hon. Franklin U. Valderrama
United States District Court
Northern District of Illinois
219 S. Dearborn
Chicago, Illinois 60604


Dear Judge Valderrama:

I am writing to express my support for Gary Bohn as you consider his sentencing. I first met Gary in 2018 through mutual friends while in Chicago, and we have remained friends ever since. Over the years, I have come to know him well and have seen firsthand the qualities that make him a valued father, friend, and member of his community.

One of the things that stands out most about Gary is how devoted he is to his family, particularly his daughter, Anne Marie. He speaks about her often, and it is always with pride, warmth, and love. Anne Marie has a passion for animals, and Gary lights up when he talks about the time they spend together caring for them or enjoying simple activities as father and daughter. It is clear that she adores him, and he takes his role as her father very seriously. Their bond is something that defines him, and it shows just how much family means to him.

In addition to his devotion to family, Gary has always demonstrated a strong commitment to helping others. He does a great deal of charity work and has been closely involved with the Salvation Army, dedicating his time and energy to supporting those in need. I have personally experienced Gary's generosity when he went out of his way to help me sponsor families' Christmas wish lists and prepare homeless kits. As I live in Toronto, where the cold weather makes these kits essential, his support meant a great deal not only to me but also to the vulnerable individuals who benefited from his kindness. This willingness to help, even beyond his own community, speaks volumes about Gary's character.

I understand the seriousness of this matter, but I also believe strongly in Gary's ability to learn from this experience and to continue contributing positively to his family and community. I respectfully ask that you consider leniency in his sentencing so that he can remain present in his daughter's life and continue his meaningful work in the community.

Thank you very much for your time and consideration.

Sincerely,

Sabrina Saipovski

Hon. Franklin U. Valderrama
United States District Court
Northern District of Illinois
219 S. Dearborn
Chicago, Illinois 60604

Dear Judge Valderrama:

I write to express my support for Gary Bohn as my life-long friend.

Gary and I have been a part of each other's lives for around 40 years. We met at Spring Hill Mall. He was a marketing employee and he asked if I would answer a few questions and we laugh often about that being the beginning of our friendship! I have enjoyed our years of sharing our real lives through the thick and thin. He tells me I am his longest friend… you can imagine how we have seen each other grow throughout the years. We both have been a rock for each other for the past four decades.

In this busy life I am lucky to see Gary every four weeks. We chat and fill each other in on our lives as I get him all groomed and cleaned up for the weeks till we meet again. He is one loyal friend and client!

Gary is a very loyal man to those he cares about and through the years he has been a strong, patient, caring and loving individual! I have especially witnessed this with his mom, and daughter! He goes out of his way to take care of his mom and brings her in to get her hair done and makes sure she is taken care of in every way possible.

Also although it's not easy (reasons that are out of Gary's control) he works hard to keep a strong relationship with his daughter. He seeks any opportunity to be with his AnnMarie. Watching his relationship with his mom and daughter is quite endearing and I admire his willingness, patience, determination to care for those closest to his heart! Gary's presence is strong, energetic and caring and he is always a positive part of my life and the lives of many others.

I ask that Gary can continue to be a strong rock and endearing soul to his mother and daughter and to the world around him! He is one to make this world a better place for everyone!


Sincerely,

Brooke Schauer

Hon. Franklin U. Valderrama
United States District Court
Northern District of Illinois
219 S. Dearborn
Chicago, Illinois 60604

RE: Gary Bohn

Dear Judge Valderrama:
I am writing today to express my support for Gary Bohn.

I have known Gary for approximately 34 years. I met him while we were both working in the same industry. We had a strong business relationship that quickly turned into a long friendship. I consider him to be one of my closest friends.

Just a little background on me, I am originally from Connecticut, I have been in Illinois for roughly 37 years, have been a homeowner for 23 years, and I am presently employed by a Law Firm for which I have worked 17 years.

I know that Gary is involved in the lives of his daughter and mother to a great extent, he sees both of them often and has a strong family relationship with them. I have interacted with all of them on many occasions over the years. Gary has taken a great interest in dealing with his daughter's autism over the years and has been very instrumental in helping her grow into the person that she is today. I know that relationship is very strong, and there has even been talk of his daughter moving in with him.

Gary has always tried to give back to those less fortunate. I remember when he donated his money and time during the holidays for Christmas gifts for those less fortunate in Chicago.

Gary is a licensed realtor and works extremely hard to develop this business. I know from personal experience that he is very conscientious in this aspect of his life.

Please consider who Gary is as a person today, not 10 years ago, when determining his sentence.

Sincerely,
Fred Sommers